UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CHRISTINA E. ROSOL,                                                  :
:
:
Plaintiff,                                  :
:      25-CV-5183 (JMF)
-v-                                                 :
:      TRANSFER ORDER
NEW YORK CITY HOUSING AUTHORITY,                                     :
:
Defendant.                                  :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 15, 2025, Plaintiff Christina E. Rosol filed a letter consenting to the transfer of this case to the United States District Court for the Eastern District of New York, pursuant to 28 US.C. § 1404(a).  *See* ECF No. 7.  Accordingly, this case is hereby TRANSFERRED.  All pending deadlines are moot.  The Clerk of the Court is directed to transfer this case to the United States District Court for the Eastern District of New York immediately — i.e., without regard for Local Civil Rule 83.1 — and to then close the case on this Court's docket.

      SO ORDERED.

Dated: August 18, 2025
      New York, New York
                                                                JESSE M. FURMAN
                                                        United States District Judge